IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAZAW GHAFOUR,** | Civil No. 1:21-cv-0803 |
| Plaintiff, | |
| | (Judge Sylvia H. Rambo) |
| v. | |
| **ADVANCED CONVERSION TECHNOLOGY, INC.,** | |
| Defendant. | |

# O R D E R

**AND NOW**, this 21st day of September, 2022, upon consideration of the parties' Stipulation of Dismissal With Prejudice (Doc. 17) pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorneys' fees.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge